UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROYAL RIDGE FRUIT & COLD STORAGE, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>SKYLARHALEY, L.P., a/k/a SKYLAR HALEY, L.P; BLUE SUN MARKETING, INC., a/k/a BLUE SUN, INC.; TAYLOR SUN, INC.; PERRY ABADIR; "JANE DOE" ABADIR, his spouse; PETER VERMEULEN a/k/a PETER VERMEULIEN; and "JANE DOE VERMEULEN, his spouse,<br><br>             Defendants. | NO. CV-09-266-EFS<br><br>**ORDER ENTERING JUDGMENT** |

    Plaintiff Royal Ridge Fruit & Cold Storage, LLC, and Defendants Perry Abadir, Skylar Haley, L.P., Blue Sun Marketing, Inc., and Taylor Sun, Inc. filed a Stipulation for Entry of Judgment on December 8, 2009 (Ct. Rec. 24.)  The parties advised the Court that the above-named Defendants stipulated to entry of judgment in favor of Plaintiff.

    Based on the parties' stipulation, **IT IS ORDERED**:

    1. The parties' Motion for Entry of Judgment **(Ct. Rec. 24)** is **GRANTED**.

ORDER * 1

2. The District Court Executive is directed to enter judgment in favor of Plaintiff Royal Ridge Fruit & Cold Storage, LLC., against Perry Abadir, Skylar Haley, L.P., Taylor Sun, Inc., and Blue Sun Marketing, Inc., jointly and severally, pursuant to the Stipulation for Entry of Judgment and confession of judgment contained therein as follows:

    Principal amount of judgment: $1,683,272.50

    Attorney's fees:           $0.00

    Costs:                   $350.00

    Total:                   $1,683,622.50

    Post-judgment interest shall accrue at 1.5% per month.

3. All pending motions as to the above-named Defendants are denied as moot.

4. Defendant Skylar Haley's counterclaim against Plaintiff is dismissed with prejudice and without fees or costs to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

    **DATED** this ___9th___ day of December 2009.

                            s/Edward F. Shea
                            EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2009\266.StipJudg.wpd

ORDER * 2