# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ROYAL RIDGE FRUIT & COLD STORAGE, LLC,

                Plaintiff,

                                                                                       JUDGMENT IN A CIVIL CASE

                v.

SKYLARHALEY, L.P., a/k/a SKYLAR HALEY, L.P.; et al.,
                                                  CASE NUMBER: CV-09-266-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Entering Judgment entered on December 9, 2009, Ct. Rec. 26, judgment is entered in favor of Plaintiff Royal Ridge Fruit & Cold Storage, LLC., against Perry Abadir, Skylar Haley, L.P., Taylor Sun, Inc., and Blue Sun Marketing, Inc., jointly and severally, as follows:

| | |
|---|---|
| Principal amount of judgment: | $1,683,272.50 |
| Attorney's fees: | $0.00 |
| Costs: | $350.00 |
| Total: | $1,683,622.50 |

Post-judgment interest shall accrue at 1.5% per month.

December 9, 2009                                               JAMES R. LARSEN
*Date*                                                                   *Clerk*

                                                                                       s/ Cora Vargas

                                                                                       *(By) Deputy Clerk*

                                                                                       Cora Vargas