UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROYAL RIDGE FRUIT & COLD STORAGE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYLARHALEY, L.P., a/k/a SKYLAR HALEY, L.P; BLUE SUN MARKETING, INC., a/k/a BLUE SUN, INC.; TAYLOR SUN, INC.; PERRY ABADIR; "JANE DOE" ABADIR, his spouse; PETER VERMEULEN a/k/a PETER VERMEULIEN; and "JANE DOE" VERMEULEN, his spouse,<br><br>    Defendants. | NO. CV-09-266-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST REMAINING DEFENDANTS AND CLOSING FILE** |

On January 26, 2011, Plaintiff Royal Ridge Fruit & Cold Storage, LLC, filed a Notice of Dismissal without Prejudice of Plaintiff's Complaint Against "Jane Doe" Abadir, the Spouse of Perry Abadir; Peter Vermeulen a/k/a Peter Vermeulien; and "Jane Doe" Vermeulen, the Spouse of Peter Vermeulen (ECF No. 42). Based on Plaintiff's notice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint is **DISMISSED without prejudice** and without fees and costs to any party against the following defendants (who have neither been served nor answered the Complaint):

    a.  "Jane Doe" Abadir, the spouse of Perry Abadir;

    b.  Peter Vermeulen a/k/a Peter Vermeulien; and

    c.  "Jane Doe" Vermeulen, the spouse of Peter Vermeulen.

ORDER ~ 1

2. All pending trial and hearing dates are **STRICKEN**;

3. All pending motions are denied as **MOOT**; and

4. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___27th___ day of January 2011.

                                      s/Edward F. Shea
                                       EDWARD F. SHEA
                             United States District Judge

Q:\Civil\2009\266.Volunt.Dismiss.2.wpd

ORDER ~ 2